# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 22, 2025

---

## NO. 03-25-00328-CV

---

**Edward Rudolph Turnbull, IV, Appellant**

**v.**

**Commission for Lawyer Discipline; Office of the Chief Disciplinary Counsel;
Seana Willing; Timothy J. Baldwin; John S. Brannon; Daniela Grosz; Jenny Hodgkins;
Amanda Kates; Daniel Martinez; Board of Directors of the State Bar of Texas;
Benny Agosto, Jr.; Chad Baruch; Steve Benesh; Kade W. Browning; David N. Calvillo;
Elizabeth Sandoval Cantu; Luis Cavazos; Jason Charbonnet; Craig Cherry;
Jeff Chochran; Kelly-Ann F. Clarke; David C. Courreges; Thomas A. Crosley;
Steve Fischer; Sylvia Borunda Firth; Lucy Forbes; Gregory M. Fuller; Laura Gibson;
August W. Harris III; Britney E. Harrison; Noelle Hicks; Matthew J. Hill;
Forrest L. Huddleston; Kristina N. Kastl; Lori M. Kern; Modinat Kotun; Bill Kroger;
Hisham Masri; Dwight McDonald; Rudolph K. Metayer; Carra Miller;
Lawrence Morales II; Lydia Elizondo Mount; Kimberly N. Naylor; Rosalind V.O. Perez;
Christopher D. Pineda; Chris Popov; Laura Pratt; Shannon Quadros;
Jeanine Novosad Rispoli; Michael J. Ritter; Audie Sciumbato; Mary L. Scott; John Sloan;
D. Todd Smith; G. David Smith; Paul K. Stafford; Alex J. Stelly, Jr.; Nitin Sud;
Carlo Taboada; Radha Thiagarajan; Cindy V. Tisdale; Robert L. Tobey;
Dr. Martin A. Tobey; Aaron Z. Tobin; Andrew Tochin; G. Michael Vasquez;
Stephen J. Venzor; Kimberly Pack Wilson; Kennon Lily Wooten; and Michael J. Wynne,
Appellees**

---

## APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICE KELLY AND ELLIS
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ELLIS

---

This is an appeal from the orders signed by the trial court. Edward Rudolph Turnbull, IV has

filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court

agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.